ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSITA PIQUE, as Wrongful Death Heir, and as Successor-in-Interest to GODOFREDO PIQUE, Deceased, and MARLENE SANCHEZ, GREGORY PIQUE, FREDERICK PIQUE, as Legal Heirs of GODOFREDO PIQUE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 3:11-cv-01506-JSW<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Rosita Pique, et al. v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:11-cv-63912-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

1

| | | |
|---|---|---|
| 1 | Dated: September 7, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 9/7/12 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: _____ |
| 14 | | DEREK S. JOHNSON |
| | | Attorneys for Defendant |
| 15 | | GENERAL ELECTRIC COMPANY |
| 16 | | |
| 17 | | |
| 18 | Dated: September 10, 2012 | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | /s/ Jeffrey S. White |
| 23 | | United States District Court Judge |