ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSITA PIQUE, as Wrongful Death Heir, and as Successor-in-Interest to GODOFREDO PIQUE, Deceased, and MARLENE SANCHEZ, GREGORY PIQUE, FREDERICK PIQUE, as Legal Heirs of GODOFREDO PIQUE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 3:11-cv-01506-JSW<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Rosita Pique, et al. v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:11-cv-63912-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:11-cv-01506-JSW

| | | |
|---|---|---|
| 1 | Dated: September 7, 2012 | BRAYTON❖PURCELL LLP |

By: /s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

Dated: 9/7/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: _____
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 10, 2012

SO ORDERED:

_____
United States District Court Judge

2
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:11-cv-01506-JSW