ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSITA PIQUE, as Wrongful Death Heir, and as Successor-in-Interest to GODOFREDO PIQUE, Deceased, and MARLENE SANCHEZ, GREGORY PIQUE, FREDERICK PIQUE, as Legal Heirs of GODOFREDO PIQUE, Deceased, <br><br>Plaintiffs, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY, et al., <br><br>Defendants. | Case No. 3:11-cv-01506-JSW <br><br>**REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION f/k/a USX CORPORATION, WITHOUT PREJUDICE; ORDER** <br><br>This document relates to: <br><br>*Rosita Pique, et al. v. General Electric Company, et al.*, United States District Court, Eastern District of Pennsylvania, Case No. 2:11-cv-63912-ER |

The parties request this Court dismiss defendant UNITED STATES STEEL CORPORATION f/k/a USX CORPORATION from this action without prejudice. Each party to bear its own fees and costs.

///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION f/k/a USX CORPORATION, WITHOUT PREJUDICE; ORDER, Case No. 3:11-cv-01506-JSW

| | | |
|---|---|---|
| 1 | Dated: September 7, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: September 7, 2012 | BISHOP BARRY DRATH |
| 11 | | |
| 12 | | |
| 13 | | By: [signature] |
| 14 | | DAVID F. BEACH |
| | | Attorneys for Defendant |
| 15 | | UNITED STATES STEEL |
| | | CORPORATION f/k/a USX CORPORATION |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Dated: September 10, 2012 | SO ORDERED: |
| 20 | | |
| 21 | | |
| 22 | | [signature] Jeffrey S. White |
| 23 | | United States District Court Judge |

2

REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION f/k/a USX CORPORATION, WITHOUT PREJUDICE; ORDER, Case No. 3:11-cv-01506-JSW