1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email:  DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555
   (415)898-1247 (Facsimile)
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

| 11  ROSITA PIQUE, as Wrongful Death Heir, | ) | Case No. 3:11-cv-01506-JSW |
| and as Successor-in-Interest to | ) | |
| 12  GODOFREDO PIQUE, Deceased, and | ) | **REQUEST FOR DISMISSAL OF** |
| MARLENE SANCHEZ, GREGORY | ) | **DEFENDANT UNITED STATES** |
| 13  PIQUE, FREDERICK PIQUE, as Legal | ) | **STEEL CORPORATION f/k/a USX** |
| Heirs of GODOFREDO PIQUE, Deceased, | ) | **CORPORATION, WITHOUT** |
| 14 | ) | **PREJUDICE; ORDER** |
| Plaintiffs, | ) | |
| 15 | ) | |
| vs. | ) | |
| 16 | ) | This document relates to: |
| GENERAL ELECTRIC COMPANY, | ) | |
| 17  et al., | ) | *Rosita Pique, et al. v. General Electric* |
| | ) | *Company, et al.,* United States District |
| 18  Defendants. | ) | Court, Eastern District of Pennsylvania, |
| | ) | Case No. 2:11-cv-63912-ER |

19

20        The parties request this Court dismiss defendant UNITED STATES STEEL

21  CORPORATION f/k/a USX CORPORATION from this action without prejudice.

22  Each party to bear its own fees and costs.

23

24

25  ///

26  ///

27  ///

28

                                        1

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1    Dated: September 7, 2012          BRAYTON❖PURCELL LLP

2

3

4

5                                     By: s/ David R. Donadio
                                         DAVID R. DONADIO, ESQ., CA S.B. #154436
                                         Email: DDonadio@braytonlaw.com
6                                        Tel: (415) 898-1555
                                         Fax: (415)898-1247
7                                        Attorneys for Plaintiffs

8

9

10   Dated: September 7, 2012          BISHOP BARRY DRATH

11

12

13                                     By:
14                                         DAVID F. BEACH
                                           Attorneys for Defendant
15                                         UNITED STATES STEEL
                                           CORPORATION f/k/a USX CORPORATION
16

17

18         September 10, 2012
19   Dated: _____           SO ORDERED:

20

21

22

23                                     United States District Court Judge

24

25

26

27

28

REQUEST FOR DISMISSAL OF DEFENDANT UNITED STATES STEEL CORPORATION f/k/a USX
CORPORATION, WITHOUT PREJUDICE; ORDER, Case No. 3:11-cv-01506-JSW